**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| ANDRES SANTAMARIA, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO.  4:16-cv-3688 |
| | § | |
| ALLSTATE VEHICLE AND PROPERTY | § | |
| INSURANCE COMPANY, | § | |
| | § | |
| *Defendant.* | § | |

**AGREED MOTION FOR DISMISSAL WITH PREJUDICE**

TO THE HONORABLE COURT:

Plaintiff, ANDRES SANTAMARIA, and Defendant, ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, file this, their Agreed Motion for Dismissal with Prejudice and would respectfully show unto the Court the following:

**I.**

Plaintiff and Defendant, through their counsel of record, announce to the Court that all matters in controversy between them have been fully and finally resolved.  Plaintiff no longer desires to prosecute this suit against any Defendant.  The intent of this Agreed Motion for Dismissal is to dismiss all Defendants from this cause of action whether or not specifically referred to herein.

**II.**

Plaintiff and Defendant move this Court to dismiss this case with prejudice as to all Defendants, with costs to be taxed against the party incurring same.

2767993v1
03646.647

WHEREFORE, Plaintiff and Defendant respectfully request the Court enter their Agreed Order of Dismissal with Prejudice as to Plaintiff's right to refile same.

Respectfully submitted,

_/s/ Jesus Chapa *_
Jimmy Williamson
State Bar No. 21624100
jimmy@wsrlawfirm.com
Jesus Chapa
State Bar No. 24075891
jesus@wsrlawfirm.com
Billy Dills
State Bar No. 24067421
billy@wsrlawfirm.com
WILLIAMSON, SEARS & RUSNAK, LLP
4310 Yoakum Blvd.
Houston, Texas 77006
Telephone:  (713) 223-3330
Facsimile:  (713) 223-0001

**ATTORNEYS FOR PLAINTIFF**

*Signed with Permission*

_/s/ Jay Scott Simon_
Jay Scott Simon
State Bar No. 24008040
Federal No. 31422
jsimon@thompsoncoe.com
THOMPSON, COE, COUSINS & IRONS, L.L.P.
One Riverway, Suite 1400
Houston, Texas 77056
Telephone:  (713) 403-8216
Facsimile:  (713) 403-8299

**ATTORNEYS FOR DEFENDANT**

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the 9th day of August, 2017, a true and correct copy of the foregoing has been forwarded to all counsel of record in accordance with the Federal Rules of Civil Procedure:

Jimmy Williamson
Jesus Chapa
Billy Dills
WILLIAMSON, SEARS & RUSNAK, LLP
4310 Yoakum Blvd.
Houston, Texas 77006
Email: jimmy@wsrlawfirm.com
          jesus@wsrlawfirm.com
          billy@wsrlawfirm.com

                                         /s/ Jay Scott Simon
                                        Jay Scott Simon