United States District Court
Southern District of Texas
**ENTERED**
August 10, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ANDRES SANTAMARIA, | § |
| *Plaintiff,* | § § § |
| v. | §   CIVIL ACTION NO. 4:16-cv-3688 |
| ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, | § § § § |
| *Defendant.* | § |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

The Court, after having considered Plaintiff ANDRES SANTAMARIA, and Defendant, ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY'S Agreed Motion for Dismissal with Prejudice, is of the opinion that it should be granted.

IT IS THEREFORE ORDERED that Plaintiff's claims against all Defendants are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that the parties shall bear their own costs.

IT IS FURTHER ORDERED any relief not specifically granted herein is hereby denied.

IT IS SO ORDERED.

Signed on this the 10th day of August, 2017.

_____
JUDGE PRESIDING

2767994v1
03646.647

**AGREED:**

  /s/ Jesus Chapa *
Jimmy Williamson
State Bar No. 21624100
jimmy@wsrlawfirm.com
Jesus Chapa
State Bar No. 24075891
jesus@wsrlawfirm.com
Billy Dills
State Bar No. 24067421
billy@wsrlawfirm.com
WILLIAMSON, SEARS & RUSNAK, LLP
4310 Yoakum Blvd.
Houston, Texas 77006
Telephone: (713) 223-3330
Facsimile: (713) 223-0001

**ATTORNEYS FOR PLAINTIFF**

*Signed with Permission*


  /s/ Jay Scott Simon
Jay Scott Simon
State Bar No. 24008040
Federal No. 31422
jsimon@thompsoncoe.com
THOMPSON, COE, COUSINS & IRONS, L.L.P.
One Riverway, Suite 1400
Houston, Texas 77056
Telephone: (713) 403-8216
Facsimile: (713) 403-8299

**ATTORNEYS FOR DEFENDANT**

2767994v1
03646.647